```
                                                    USDC SDNY
UNITED STATES DISTRICT COURT                        DOCUMENT
SOUTHERN DISTRICT OF NEW YORK                       ELECTRONICALLY FILED
                                                    DOC #:_____
NYU LANGONE HOSPITALS,                              DATE FILED: 1/4/2021
```

NYU LANGONE HOSPITALS,

                Plaintiff,

        -against-                                    1:20-cv-09091-MKV

NEW YORK HOTEL TRADES COUNCIL AND                    ORDER OF DISMISSAL
HOTEL ASSOCIATION OF NEW YORK CITY,
INC. HEALTH BENEFITS FUND,

                Defendants.

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have

reached a settlement in principle [ECF No. 11].  Accordingly, IT IS HEREBY ORDERED that the

above-captioned action is discontinued without costs to any party and without prejudice to

restoring the action to this Court's calendar if the application to restore the action is made by

**February 4, 2021**.  The Court only will extend that deadline if no settlement agreement has yet

been executed.  The Court will not retain jurisdiction over the case if the Parties have a binding

settlement agreement, regardless of the status of payments pursuant to the agreement.  If no

application to extend the deadline is made by either party, today's dismissal of the action is

with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

**Date:  January 4, 2021**                          _____
**New York, NY**                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**